**Westerberg Law, LLC**
2650 Rt. 130, Ste H
Cranbury NJ 08512
Ph: 732-374-9008

Hon. Madeline Cox Arleo
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

RE:   Bravo Torvisco v. Bondi
      2:26-cv-02810-MCA
      Dismissal

Dear Honorable Judge,

I represent the Petitioner in this matter. Petitioner was released from detention on Monday, March 23, 2026. As such Petitioner agrees with Respondent that this case is moot and voluntarily dismisses this matter.

Respectfully submitted,
WESTERBERG LAW, L.L.C.

*Jill S. Westerberg*

Cc:   David Dauenheimer, David.dauenheimer2@usdoj.gov


This case shall be closed.
SO ORDERED

___s/Madeline Cox Arleo_____
MADELINE COX ARLEO, U.S.D.J.

Date:   3/27/26